**NOT FOR PUBLICATION**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| KAREN SIBALICH, *et al.*, | Civil Case No. 18-7818 (SDW)(LDW) |
| Plaintiffs, | |
| v. | **ORDER** |
| NATIONWIDE INSURANCE CO., | |
| Defendant. | September 19, 2018 |

**WIGENTON**, District Judge.

Before this Court is the Report and Recommendation ("R&R") entered on September 4, 2018 by Magistrate Judge Leda Dunn Wettre ("Judge Wettre"), recommending that plaintiffs' Motion to Remand (ECF No. 2) be granted. Neither Plaintiffs nor Defendant filed an objection to the R&R.

This Court has reviewed the reasons set forth by Judge Wettre in the R&R and the other documents in this matter. Based on the foregoing, and for good cause shown, it is hereby

**ORDERED** that the R&R of Judge Wettre (ECF No. 17) is **ADOPTED** as the conclusions of law of this Court.

**SO ORDERED**.

s/ *Susan D. Wigenton*
**SUSAN D. WIGENTON**
**UNITED STATES DISTRICT JUDGE**

Orig: Clerk
cc: Parties
 Magistrate Judge Wettre